# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 328 EAL 2021

         Respondent          :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

         v.                         :

                                 :

FRANKLIN JIMENEZ,               :

                                 :

         Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.